UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOYCE N. SATCHER,<br><br>　　　Plaintiff,<br><br>　　vs.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social Security,<br><br>　　　Defendant | Civil No. C05-5158-FDB<br><br><br><br><br>ORDER EXTENDING DEADLINES |

　　Based upon the Stipulation between the parties it is hereby ORDERED that the Defendant shall have an extension to and including July 29, 2005, to file Defendant's answering brief. It is further ORDERED that Plaintiff shall have to and including August 12, 2005, to file Plaintiff's Reply Brief.

Page 1 ORDER EXTENDING DEADLINES- [C05-5158-FDB]

DATED this 29th day of June, 2005.

/s/ Karen L. Strombom
Karen L. Strombom
United States Magistrate Judge

Presented by:

s/ CAROL A. HOCH   WSB # 9289
Special Assistant U.S. Attorney
Attorney for Defendant
Office of the General Counsel
701 Fifth Ave, Ste 2900, M/S 901
Phone:  206-615-2684
Fax:       206-615-2531
carol.hoch@ssa.gov

Page 2 ORDER EXTENDING DEADLINES- [C05-5158-FDB]