U.S. District Court Judge Franklin D. Burgess

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOYCE SATCHER, | CIVIL NO. C05-5158FDB |
| Plaintiff, | AGREED ORDER FOR EAJA FEES, COSTS AND EXPENSES |
| vs. | |
| JO ANNE B. BARNHART, Commissioner of Social Security, | |
| Defendant. | |

Based on the Stipulation of the parties, it is hereby

ORDERED that Plaintiff's attorney Jeanette Laffoon is hereby awarded EAJA fees of $3,207, costs in the sum of $266.40 and expenses in the sum of $13.83.

DATED: August 24, 2005

*[signature]*

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

CO5-5158FDB
AGREED ORDER FOR EAJA FEES,
COSTS & EXPENSES - Page 1

MADDOX & LAFFOON, P.S.
410-A South Capitol Way
Olympia, WA. 98501
(360) 786-8276

Presented by:

/s/ Jeanette Laffoon
JEANETTE LAFFOON, WSB #30872
Attorney for Plaintiff


Approved for entry,
Notice of presentation waived:


/s/ Carol Hoch
CAROL HOCH, WSBA #9289
Special Assistant U.S. Attorney
Attorney for Defendant
(signed per telephonic agreement)

## CERTIFICATE OF ELECTRONIC FILING:

This is to certify that I electronically filed the foregoing Agreed Order for EAJA Fees, Costs, and Expenses with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Carol A. Hoch
Special Asst. U.S. Attorney
Office of General Counsel
701 5th Avenue, Suite 2900, MS/901
Seattle, WA  98104-7075
carol.hoch@ssa.gov

Brian C. Kipnis
Asst. U.S. Attorney
Department of Justice
U.S. Attorney's Office
700 Stewart Street, Ste 5220
Seattle, WA  98101-1271

CO5-5158FDB
AGREED ORDER FOR EAJA FEES,
COSTS & EXPENSES - Page 2

MADDOX & LAFFOON, P.S.
410-A South Capitol Way
Olympia, WA. 98501
(360) 786-8276

brian.kipnis@usdoj.gov

I hereby certify that I have mailed by United States Postal Service foregoing Agreed Order for EAJA Fees, Costs, and Expenses to the following non-CM/ECF participants:

    NONE

DATED:  August 18, 2005        /s/ Dawn Erdelbrock
　　　　　　　　　　　　　　　　　　　Dawn Erdelbrock, Legal Assistant
　　　　　　　　　　　　　　　　　　　MADDOX & LAFFOON, P.S.

CO5-5158FDB
AGREED ORDER FOR EAJA FEES,
COSTS & EXPENSES - Page 3

MADDOX & LAFFOON, P.S.
410-A South Capitol Way
Olympia, WA. 98501
(360) 786-8276